IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARRY A. BORZYCH,

    Plaintiff,

v.

MATTHEW J. FRANK,
RICHARD RAEMISCH,
JOHN BETT, MIKE THURMER,
TIMOTHY LUNDQUIST, LORI SIMON,
THERESA MURPHY and JOHN RAY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-21-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____       3/18/10
Peter Oppeneer, Clerk of Court               Date